HARBECK, Respondent, *v.* PUPIN *et al.*, Appellants.

*(Supreme Court, General Term, First Department.* February 14, 1890.)

Argued before VAN BRUNT, P. J., and BRADY AND DANIELS, JJ.

No opinion. Motion granted. For former reports, see 7 N. Y. Supp. 168; *ante,* 695.